IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SUNTRUST MORTGAGE, INC. )<br>)<br>Plaintiff, )<br>) 1:11cv00830<br>v. ) (TSE/TRJ)<br>)<br>GEORGE MASON MORTGAGE, LLC, et al. )<br>)<br>Defendants. )<br>) | |

F I L E D
AUG 22 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

THIS MATTER COMES BEFORE THE COURT on the joint request of the parties for the setting of a date certain by which all Defendants must file responsive pleadings to the Complaint.

IT APPEARING that all parties have agreed to the relief requested and that the parties are engaged in a good faith effort to exchange information and attempt to resolve the issues, rather than investing that time, energy and expense in a pleadings and motions practice; and

IT FURTHER APPEARING that the setting of October 14, 2011, as the date certain for all Defendants to file their responsive pleadings will not delay the case's advancement on the Court's docket; it is hereby

ORDERED that Defendants George Mason Mortgage, LLC, Alicia S. King, James Podratsky, Michael Rogers, Amber Wright, Samantha Dogan and Donna Hale shall have up to an including October 14, 2011, by which to file their responsive pleadings to the Complaint.

DATE: 8/22/11

/s/Thomas Rawles Jones, Jr.
~~Hon. T. S. Ellis III~~
~~United States District Court~~ Judge

THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA